IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC; SBC INTERNET SERVICES, INC.; T-MOBILE USA, INC.; NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM, L.P., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 12-193 (LPS) ) ) ) ) ) ) ) ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by plaintiffs and defendant T-Mobile USA, Inc. ("T-Mobile"), subject to the approval of the Court, that the time for T-Mobile to move, answer or otherwise respond to the complaint is extended until April 23, 2012.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Jack B. Blumenfeld* |
| Joseph J. Farnan, III (#3945) <br> Brian E. Farnan (#4089) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> jjfarnan@farnanlaw.com <br> bfarnan@farnanlaw.com | Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> rsmith@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for T-Mobile USA, Inc.* |

SO ORDERED this _____ day of March 2012.

_____
J.